APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Maja Food Technology, Inc.
1122 E. Hartman Avenue
Omaha, NE 68110
                    V.
Dantech UK, LTD.
901 Merlin Park, Ringtail Road
Burscough, Lancashire, L40 BJY, Great Britain

Civil Action No: 18  1852

DISCLOSURE STATEMENT FORM

**FILED**
MAY 0 2 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☑ The nongovernmental corporate party, Maja Food Technology, Inc._____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

MAJA-Maschinenfabrik
Hermann Schill GmbH & Co. KG
Tullastrasse 4
77694 Kehl-Goldscheuer, Germany

5/2/18
Date

_____
Signature

Counsel for:  Maja Food Techonology

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1) identifies any parent corporation and any publicly held corporation owning10% or more of its stock;  or
  (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
  (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2) promptly file a supplemental statement if any required information changes.

MAY -2 2018