## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAJA FOOD TECHNOLOGY, INC.,    :        **CIVIL ACTION**
       *Plaintiff,*                  :

                            :

v.                            :        **No. 18-1852**

                            :

DANTECH UK, LTD,              :
       *Defendant.*                :

## ORDER

**AND NOW**, this 13TH day of **June 2019**, upon consideration of

Defendant's Motion to Compel Production of Documents and Answers to

Interrogatories (ECF No. 32) and Plaintiff's Response thereto (ECF No. 35), it is

hereby **ORDERED** and **DECREED** Defendant's Motion (ECF No. 32) is

**DENIED** in part and **GRANTED** in part.

Defendant's Motion is **DENIED** as to Defendant's request for (1) all of

Plaintiff's service reports for Defendant's equipment, (2) all documents from the

"library of Dantech documents" maintained by Larry Wilson, (3) documents

relating to the negotiation, drafting or execution of the settlement agreement

between Plaintiff and OPCC, (4) documents relative to Plaintiff's claimed amounts

for direct expenses by Plaintiff personnel who provided service and support to

OPCC, and (5) a new and proper privilege log.

Defendant's request for attorneys' billing statements is **GRANTED**, in that the Plaintiff will provide the Defendant with detailed summaries at this point and, if liability is established, Plaintiff will provide the statements in full.

**BY THE COURT:**

_____

**CHAD F. KENNEY, JUDGE**